United States District Court
Southern District of Texas
**ENTERED**
March 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYED A. HAIDER-RIZVI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-3405 |
| | § | |
| HARRIS COUNTY TOLL ROAD | § | |
| AUTHORITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons identified in the accompanying memorandum and opinion, Harris County's motion for summary judgment, (Docket Entry No. 42), is granted. Haider-Rizvi's suit is dismissed with prejudice. Each party is to bear its own costs.

SIGNED on March 20, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge